# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL FERNANDEZ FUENTES,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN ET AL[1],<br><br>Respondent. | Case No. 5:26-cv-01480-RGK (MAR)<br><br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition, in part and **ORDERING** Respondents not to remove or attempt to remove Petitioner to a third country unless Respondents adhere to the following: (a) provide Petitioner a minimum of ten (10) days to raise a fear-based claim for protection prior to removal; (b) if Petitioner does assert a fear-based claim, provide Petitioner a meaningful opportunity to be heard on his fear-based claim.

Dated: May 28, 2026

_Gary Klausner_

HONORABLE R. GARY KLAUSNER
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Department of Homeland Security Secretary Markwayne Mullin is substituted for his predecessor, Kristi Noem.