JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHEL FERNANDEZ FUENTES,

Petitioner,

v.

MARKWAYNE MULLIN ET AL[1],

Respondent.

Case No. 5:26-cv-01480-RGK (MAR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED, in part**.  Respondent is ordered not to remove or attempt to remove Petitioner to a third country unless Respondents adhere to the following: (a) provide Petitioner a minimum of ten (10) days to raise a fear-based claim for protection prior to removal; (b) if Petitioner does assert a fear-based claim, provide Petitioner a meaningful opportunity to be heard on his fear-based claim.

Dated: May 28, 2026



_____

HONORABLE R. GARY KLAUSNER
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Department of Homeland Security Secretary Markwayne Mullin is substituted for his predecessor, Kristi Noem.